FILED

2005 AUG -2 PM 1: 26

CLERK US DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>*HAMMAD RIAZ SAMANA*<br><br>DEFENDANT(S). | PLAINTIFF | CASE NUMBER<br><br>**05-1662M**<br><br>**REPORT COMMENCING CRIMINAL ACTION** |

TO:    CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A":

1.  Date and time of arrest  *8-1-2005*          *9:30*          ☐ AM / ☒ PM

2.  Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
    *18: 1117 : 1114*

3.  Offense charged is a: ☒ Felony      ☐ Minor Offense      ☐ Petty Offense      ☐ Other Misdemeanor

4.  U.S. Citizen: ☐ Yes      ☒ No      ☐ Unknown

5.  Year of Birth: *1983*

6.  The defendant is:  ☒ Presently in custody on this charge.
    ☐ At liberty on bond posted before a Magistrate Judge.
    ☐ At liberty and warrant is requested.
    ☐ Federal - In custody on another conviction.
    ☐ State - In custody awaiting trial on these charges.

7.  Place of detention (if out-of-district): _____

8.  Date detainer placed on defendant: _____

9.  This is a reprosecution of previously dismissed charges.  (Docket/Case No. _____ )

10. Name of Pretrial Services Officer: *J.C.*    *phone 213-894-5569*    *FAX 213-894-8812*

11. Remarks (if any): _____

12. Date: *8-2-2005*

13. Signature: *Jan Clint Judd*

14. Name: *James Clifton Judd*

15. Title: *Special Agent*

AUG - 5 2005