UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**SA05-214**    CASE SUMMARY    ORIGINAL

| | | | |
|---|---|---|---|
| Case Number | **SA CR 05-** | Defendant Number | **1** |
| U.S.A. v. | **KEVIN JAMES** | Date of Birth | **1976** |
| ☒ Indictment    ☐ Information | | Investigative Agency (FBI, DEA, etc.): | **FBI** |

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".**

**OFFENSE/VENUE**

a. Offense charged as a:  ☐ Petty Offense
   ☐ Misdemeanor      ☐ Minor Offense    ☒ Felony
b. Date of Offense: **DECEMBER 2004 THROUGH JULY 5, 2005**
c. County in which first offense occurred: **ORANGE COUNTY**
d. The crimes charged are alleged to have been committed in:
   CHECK **ALL** THAT APPLY

   ☒ Los Angeles      ☐ Ventura
   ☒ Orange           ☐ Santa Barbara
   ☐ Riverside        ☐ San Luis Obispo
   ☐ San Bernardino   ☐ Other _____

Citation of offense: **18 U.S.C. § 2384; 18 U.S.C. § 1117;**
**18 U.S.C. §§ 1951, 2; 18 U.S.C. §§ 924(c),**
**924(o); 18 U.S.C. §§ 924(c)(1), 2**

*FILED CLERK, U.S. DISTRICT COURT*
*AUG 31 2005*
*DISTRICT OF CALIFORNIA*
*BY ____ DEPUTY*

**RELATED CASE**
Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?    ☒ No      ☐ Yes
   IF YES    Case Number _____

Pursuant to Section 11 of General Order 224, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** _____N/A_____

**PREVIOUSLY FILED COMPLAINT**
A complaint was previously filed on: _____N/A_____
   Case Number: _____
   Charging: _____

The Complaint:    ☐ is still pending
   ☐ was dismissed on: _____N/A_____

**COMPLEX CASE**
   Are there 8 or more defendants in the Indictment/Information?
      ☐ Yes*                    ☒ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
      ☒ Yes*                    ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

**SUPERSEDING INDICTMENT/INFORMATION**
This is the __N/A__ superseding charge, i.e. 1st, 2nd. The superseding case was previously filed on:
_____
Case Number: _____N/A_____

The superseded case:
☐ is still pending before Judge/Magistrate Judge
_____N/A_____
☐ was previously dismissed on: _____N/A_____

Are there 8 or more defendants in the superseding case?
      ☐ Yes*                    ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
      ☐ Yes*                    ☐ No

Was a Notice of Complex Case filed on the Indictment of Information?
      ☐ Yes                     ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:  ☐ Yes        ☒ No
IF YES, list language and/or dialect:
_____N/A_____

ENTERED ON ICMS
SEP 12 2005

(13)

CR-72 (07/05)                    CASE SUMMARY                    Page 1 of 2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

---

### OTHER

☒ Male          ☐ Female

☒ U.S. Citizen          ☐ Alien

Alias Name(s): **Shakyh Shahaab Murshid; Abdul-Wahid Ash-Sheena; As-Sudaani; Ash Shafi'e; Ash Shakyh Sudani; Shahaab Murshid Abdul-Wahid Sudani; Shihab James; Abdul Wahid; Shahaab Murshid and Shahaab James**

This defendant is charged in:     ☐ All counts
☒ Only counts: **1 and 5**

☐ This defendant is designated as "High Risk" per 18 U.S.C. 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 U.S.C. 3166(b)(7).

Is defendant a juvenile:          ☐ Yes     ☒ No
IF YES, should matter be sealed?     ☐ Yes     ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud          ☐ public corruption
☐ government fraud          ☐ tax offenses
☐ environmental issues          ☐ mail/wire fraud
☒ Other: **TERRORISM**

### CUSTODY STATUS

Defendant is **NOT** in custody:

a.  Date and time of arrest on complaint: _____

b.  Posted bond at complaint level on: _____
    In the amount of $_____

c.  PSA supervision?          ☐ Yes          ☐ No

d.  Is a Fugitive?          ☐ Yes          ☐ No

e.  Is on bail or release from another district:
    _____

f.  ☐ Has not been arrested but will be notified by summons to appear.

g.  Warrant requested:          ☐ Yes          ☐ No

Defendant is **IN** custody:

a.  Place of incarceration:     ☒ State     ☐ Federal

b.  Name of Institution: **CSP - SACRAMENTO**

c.  If Federal: U.S. Marshal's Registration Number:
    _____

d.  ☐ Solely on this charge.  Date and time of arrest:
    _____

e.  On another conviction:     ☒ Yes     ☐ No
    IF YES     ☒ State     ☐ Federal          ☐ Writ of Issue

f.  Awaiting trial on other charges:     ☐ Yes     ☒ No
    IF YES     ☐ State     ☐ Federal     AND
    Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. _____ 20     _____ 21     _____ 400

---

### EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____ **N/A** _____

Date: **AUGUST 30, 2005**

_Signature of Assistant U.S. Attorney_

**KEVIN E. SMITH**
_Print Name_