SEAN K. KENNEDY (145632)
Acting Federal Public Defender
Robert Carlin (123806)
Deputy Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone (714) 338-4500
Facsimile (714) 338-4520
E-mail: robert_carlin@fd.org

Attorneys for Defendant
KEVIN JAMES

FILED
CLERK. U.S. DISTRICT COURT

DEC 2 1 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | NO. SA CR 05-214-CJC |
|---|---|---|
| Plaintiff, | ) | ORDER REGARDING THE USE AND DISCLOSURE OF JURY QUESTIONNAIRES AND OTHER CONFIDENTIAL JURY SELECTION RECORDS |
| v. | ) | |
| KEVIN JAMES, | ) | |
| Defendant. | ) | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the Clerk for the United States District Court for the Central District of California ("Central District") shall make available to Defendant copies of all and any documents regarding the Southern Division of the Central District that are responsive to the following:

LODGED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 1 9 2006
3:30

CENTRAL DISTRICT OF CALIFORNIA
BY CA            DEPUTY

DOCKETED ON CM

DEC 27 2006

BY                    040

122

(1) all Jury Selection Plans that have been applicable in the Central District from 1990 until December 16, 2003, the filing date of General Order No. 03-12;

(2) all records and papers used in connection with the impaneling of the October 2004 Grand Jury, which returned the indictment against Mr. James;

(3) all available data or documents relating to the response rate of jurors summoned to serve on the October 2004 Grand Jury;

(4) a copy of the jury summons forms used in the Southern Division of the Central District from 2000, or for as long as such records are maintained, to present;

(6) master jury wheels from 2000, or for as long as such records are maintained, to present;

(7) a copy of the jury qualification questionnaires used since 2000, or for as long as such records are maintained, to present;

(8) qualified jury wheels from 2000, or for as long as such records are maintained, up to and including the master jury wheel drawn on November 13, 2006;

(9) lists of summoned jurors for petit juries and grand juries from 2000, or for as long as such records are maintained, to present, including jury summons date, names and addresses of summoned jurors (i.e., full names and complete addresses, street number, city, and zip code). However, any information regarding the social security numbers, home telephone numbers, and any information regarding the spouses, partners, or other family members of summoned jurors, should be redacted;

(10) all data relating generally to the response rate of jurors summoned to serve on grand or petit juries since 2000, or for as long as such records are maintained, to present;

It is FURTHER ORDERED that copies of all and any documents provided pursuant to this Order:

(1) shall be maintained and used by defense counsel in accordance with this Order, and shall be used by counsel and employees of the Office of the Federal Public Defender, including any experts hired in connection with this case, solely and exclusively in connection with this case (including preparation for motions, trial, and appeal);

(2) other than copies provided to any expert retained by the Office of the Federal Public Defender in connection with the preparation of a motion, all copies of produced documents shall be kept in the office of defense counsel at all times;

(3) Defendant shall not be permitted to access or view any of the documents produced in accordance with this Order;

(4) whenever any expert retained by the Office of the Federal Public Defender has concluded his or her services in connection with this case (including preparation for motions, trial, and appeal), they shall return all copies of documents to the Office of the Federal Public Defender;

(5) at the end of Defendant's case, up to and including the conclusion of all and any appeals, counsel for Defendant shall destroy all copies of any documents produced in accordance with this Order, including those sent to and returned by any expert retained by the Office of the Federal Public Defender;

(6) government counsel shall also destroy all copies of any documents produced to the United States Attorney's Office in accordance with this Order.

Dated: December _20_, 2006

HON. CORMAC J. CARNEY
United States Judge

## PROOF OF SERVICE

I, the undersigned, declare that I am a resident or employed in Orange County, California; that my business address is the Federal Public Defender's Office, 411 West Fourth Street, Suite 7110, Santa Ana, California 92701-4598; that I am over the age of eighteen years; that I am not a party to the above-entitled action; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, and at whose direction I served a copy of a document entitled:

**Order Regarding the Use and Disclosure of Jury Questionnaires and Other Confidential Jury Selection Records.**

On December 19, 2006, following ordinary business practice, service was:

[X] Placed in a closed envelope, for collection and hand-delivery by our internal staff, addressed as follows:

[ ] By hand-delivery addressed as follows:

[X] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By facsimile as follows:

**(See Attached List)**

This proof of service is executed at Santa Ana, California, on December 19, 2006.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*Rebecca V. Perez*

Rebecca V. Perez

Kevin E. Smith             (Via hand-delivery by our internal staff)
Assistant United States Attorney
411 West Fourth Street, 8th Floor
Santa Ana, California 92701-4598

Ellen M. Barry             (Via U.S. Mail)
Law Offices of Ellen M. Barry
316 W. 2nd Street, Ste. 1202
Los Angeles, CA 90012

Winston K. McKesson        (Via U.S. Mail)
Law Offices of Winston K. McKesson
315 S. Beverly Dr., Ste. 305
Beverly Hills, CA 90212

Timothy C. Lannen          (Via U.S. Mail)
Law Offices of Timothy C. Lannen
880 W. 1st Street, Ste. 304
Los Angeles, CA 90012