UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 05-00214-CJC |
|---|---|
| Plaintiff, | ORDER SETTING TEMPORARY MODIFICATION OF SUPERVISED RELEASE CONDITIONS, BRIEFING SCHEDULE AND SUPERVISE RELEASE MODIFICATION HEARING |
| v. | |
| KEVIN LAMAR JAMES, | |
| Defendant. | |

Having heard from plaintiff, the United States of America, by and through its counsel of record, Assistant United States Attorney Dennise D. Willett, and defendant, KEVIN LAMAR JAMES ("JAMES"), both individually and by and through his counsel of record, Nadine Hettle, at a hearing held before this Court on September 9, 2019, the Court hereby ORDERS AS FOLLOWS:

1.   From September 18, 2019 to October 18, 2019, defendant JAMES' conditions of supervised release are modified to include the following special conditions:

   a.   Defendant shall comply with the rules and regulations of the United States Probation & Pretrial Services Office and General Order 18-10, excluding Condition 14 in Section I of that Order;

   b. Defendant shall possess and/or use only those digital devices and internet accounts that have been disclosed to, and approved by, the Probation Office upon commencement of supervision. Any changes or additions to digital devices or internet accounts are to be disclosed to, and approved by, the Probation Officer prior to the first use of the same. Disclosure shall include both user names and passwords for all digital devices and internet accounts. Digital devices include, but are not limited to, personal computers, tablet computers such as iPads, mobile/cellular telephones, personal data assistants, digital storage media, devices or media which can provide access to electronic games, devices that can access the internet, as well as any of their peripheral equipment. Internet accounts include, but are not limited to, email accounts, cloud storage/services accounts, social media accounts, electronic bulletin boards, or other accounts on the internet;

   c. All cellular/mobile phones, computers, computer-related devices, and their peripheral equipment, used by defendant shall be subject to search and seizure. This shall not apply to items used at any employment site, which are maintained and monitored by the employer;

   d. Defendant shall comply with the rules and regulations of the Computer Monitoring Program and shall not be responsible for the cost of the Program;

   e. Defendant shall provide the Probation Officer with all billing records for any service or good relating to any digital device or internet account, including those for cellular telephone, cable, internet and satellite services, as requested by the

Probation Officer, so that the Probation Officer can verify compliance with these requirements;

   f. Defendant shall submit his person, property, house, residence, post office box, storage facility, vehicle, papers, computer, cellular telephone, other electronic communication or data storage devices or media, and effects to search at any time, by any law enforcement officer with or without a warrant and or with or without reasonable or probable cause;

   g. As directed by the Probation Officer, defendant shall provide to the Probation Officer: (1) a signed release authorizing credit report inquiries; (2) federal and state income tax returns and a signed release authorizing their disclosure and (3) an accurate financial statement, with supporting documentation as to all assets, income, expenses, and liabilities of the offender; and

   h. Defendant shall not associate with anyone known to him to be a member of Jam'iyyat Ul-Islam Is-Saheeh ("JIS") organization and others known to him to be participants in JIS' criminal activities.

 2. Counsel for the United States is to provide defendant's counsel with copies of all reports of disciplinary actions taken based on defendant's conduct while in U.S. Bureau of Prisons custody from March 6, 2009 to September 9, 2019, which it intends to rely on as a basis for the requested supervised release modification. Counsel is to provide these documents no later than September 16, 2019.

 3. Counsel for the United States is to file the government's position on the requested supervised release modifications no later than September 23, 2019.

4.   Counsel for defendant JAMES is to file the defendant's position on the requested supervised release modifications no later than September 30, 2019.

5.   All parties and the United States Probation Department are to appear on October 7, 2019, at 11 a.m., for hearing on this matter.

IT IS SO ORDERED.

September 11, 2019
DATE

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
DENNISE D. WILLETT
Assistant United States Attorney