# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. SACR 05-00214-CJC |
| Plaintiff, | ) ) | JUDGMENT CONTINUING SUPERVISED RELEASE |
| v. | ) | |
| KEVIN JAMES, | ) | |
| Defendant. | ) | |

On October 7, 2019, in the presence of the attorney for the Government, Dennise Willett, the defendant appeared in person with appointed counsel, Deputy Federal Public Defender Nadine Hettle.  The defendant waived reading and advisement of his rights and admitted the violations alleged in Paragraph 1 of the Petition on Probation and Supervised Release filed on October 4, 2019.

In light of the defendant's admissions, the Court finds that the defendant has violated the conditions of his supervised release that were imposed on March 6, 2009.

///

///

///

NOW, THEREFORE, IT IS ADJUDGED, upon the findings of the Court, the period of supervised release is continued under the same terms and conditions as previously imposed with the following additional conditions:

1. The defendant shall comply with the rules and regulations of the United States Probation & Pretrial Services Office and General Order 18-10, excluding Condition 14 in Section I of that Order;

2. The defendant shall participate in electronic monitoring, GPS, or automated identification system and shall observe all rules of such program, as directed by the Probation Officer, for the duration of supervision. The defendant is only subject to monitoring, and he is not ordered to participate in home detention or pay associated costs of the program;

3. The defendant shall possess and/or use only those digital devices and internet accounts that have been disclosed to, and approved by, the Probation Office upon commencement of supervision. Any changes or additions to digital devices or internet accounts are to be disclosed to, and approved by, the Probation Officer prior to the first use of the same. Disclosure shall include both user names and passwords for all digital devices and internet accounts. Digital devices include, but are not limited to, personal computers, tablet computers such as iPads, mobile/cellular telephones, personal data assistants, digital storage media, devices or media which can provide access to electronic games, devices that can access the internet, as well as any of their peripheral equipment. Internet accounts include, but are not limited to, email accounts, cloud storage/services accounts, social media accounts, electronic bulletin boards, or other accounts on the internet;

4. All cellular/mobile phones, computers, computer-related devices, and their peripheral equipment, used by the defendant shall be subject to search and seizure. This shall not apply to items used at any employment site, which are maintained and monitored by the employer;

5. The defendant shall comply with the rules and regulations of the Computer Monitoring Program and shall not be responsible for the cost of the Program;

6. The defendant shall provide the Probation Officer with all billing records for any service or good relating to any digital device or internet account, including those for cellular telephone, cable, internet and satellite services, as requested by the Probation Officer, so that the Probation Officer can verify compliance with these requirements;

///

///

7. The defendant shall submit his person, property, house, residence, post office box, storage facility, vehicle, papers, computer, cellular telephone, other electronic communication or data storage devices or media, and effects to search at any time, by any law enforcement officer with or without a warrant and or with or without reasonable or probable cause;

8. As directed by the Probation Officer, the defendant shall provide to the Probation Officer: (1) a signed release authorizing credit report inquiries; (2) federal and state income tax returns and a signed release authorizing their disclosure and (3) an accurate financial statement, with supporting documentation as to all assets, income, expenses, and liabilities of the defendant; and

9. The defendant shall not associate with anyone known to him to be a member of Jam'iyyat Ul-Islam Is-Saheeh (JIS) organization and others known to him to be participants in JIS' criminal activities.

IT IS ORDERED that the Clerk deliver a copy of this Judgment Continuing Supervised Release to the U.S. Probation Office.

DATE: October 7, 2019

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

FILED: October 7, 2019

KIRY K. GRAY, CLERK OF COURT

By:   Gabriela Garcia
      Deputy Clerk