FILED

2020 OCT -6 AM 10:00

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY: _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br><br>Kevin James<br>USMS# 79689-112 | PLAINTIFF<br><br><br>DEFENDANT | CASE NUMBER:<br>8:05-CR-00214-CJC-1<br><br>REPORT COMMENCING CRIMINAL ACTION |
|---|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 10/06/2020    9AM    ☒ AM   ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☐ Yes   ☒ No

4. Charges under which defendant has been booked:

   Supervised Release Violation 18 USC 3583 (e)(3)

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1976

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: DUTY OFFICER

10. Remarks (if any): INMATE REFUSED TO COME TO COURT TODAY PER SACJ SUPERVISOR MONREAL

11. Name: MARCO HERNANDEZ   (please print)

12. Office Phone Number: 714-338-4610       13. Agency: USMS

14. Signature: *Marco Hernandez*       15. Date: 10/06/2020

CR-64 (05/18)                    REPORT COMMENCING CRIMINAL ACTION