# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN JAMES,<br><br>　　　　Defendant. | Case No.  SACR 05-00214-CJC-1<br><br>JUDGMENT REVOKING SUPERVISED RELEASE AND COMMITMENT ORDER |

　　　On March 28, 2022, in the presence of the attorney for the Government Dennise Willett, the defendant appeared in person with appointed counsel Kelley Munoz of the Federal Public Defenders Office. The defendant waived reading and advisement of his rights and admitted the violations alleged in Paragraphs 1, 2, 3, 4, 5, 6, 7, 8 and 9 of the Petition on Probation and Supervised Release (Bench Warrant) filed on September 25, 2020 (the "Petition").

　　　In light of the defendant's admissions, the Court finds that the defendant has violated the conditions of his supervised release that were imposed on March 9, 2009.

NOW, THEREFORE, IT IS ADJUDGED, upon the findings of the Court, the period of supervised release is revoked, and the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of **TWENTY-FOUR (24) MONTHS**, as to Count 1, with no supervision to follow.  The 24-month sentence shall run concurrently with the 188-month sentence impose in case number SACR 20-00118(A)-CJC.

The defendant is advised of his right to appeal.

IT IS ORDERED that the Clerk deliver a copy of this Judgment Revoking Supervised Release and Commitment Order to the U.S. Marshal and the U.S. Probation & Pretrial Services Office.

DATED: March 28, 2022

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

FILED: March 28, 2022

KIRY K. GRAY, CLERK OF COURT

_____
By:   Rolls Royce Paschal
      Deputy Clerk

**Cc: USP&PSO, USM, BOP**